UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

        Plaintiff,

v.

IRIS CAPA, ERNEST FORTINO, and MARIE FORTINO,

        Defendants.

NO. CIV. S-10-1830 FCD KJM

ORDER TO SHOW CAUSE

Plaintiff filed this action on July 14, 2010. On September 21, 2010 defendants Ernest Fortino and Marie Fortino filed an answer to the complaint, and on October 28, 2010 a Clerk's Entry of Default was entered as to defendant Iris Capa. Pursuant to the Order Requiring a Joint Status Report filed July 15, 2010, the parties were to have filed a <u>joint</u> status report within sixty (60) days of service of the complaint on all parties, or from the date of removal. On November 4, 2010 the

1

court received an Individual Status Report from Plaintiff, Scott N. Johnson.

Pursuant to the representations of plaintiff in the status report, the court makes the following orders:

1.  Defendants' counsel, Eric Allen Gravink, is ordered to show cause why he should not be sanctioned in the amount of $150.00 for his failure to submit a joint status report in accordance with the Court's order filed July 15, 2010.

2.  Defendants' counsel shall file a response to the order to show cause on or before November 24, 2010.

3.  A hearing on this order to show cause is set for Friday, December 3, 2010, at 10:00 a.m.

IT IS SO ORDERED.

DATED: November 10, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE