SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>       Plaintiff,<br><br>vs.<br><br>IRIS CAPA, et al.,<br><br>       Defendants. | Case No.: CIV. S 10-01830-FCD-KJM<br><br>**ORDER FOR DISMISSAL OF IRIS CAPA ONLY**<br><br>Complaint Filed:  JULY 14, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

     **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Iris Capa) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.

Dated: November 13, 2010             /s/Scott N. Johnson_____
                                                  SCOTT N. JOHNSON
                                                Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: November 15, 2010             [signature]
                                                  FRANK C. DAMRELL, JR.
                                                UNITED STATES DISTRICT JUDGE